# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| DAVID LYNN RUTLEDGE, #376727 | § | |
| VS. | § | CIVIL ACTION NO. 9:08cv130 |
| DIRECTOR, TDCJ-CID | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Judith K. Guthrie. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of this case. No objections were filed, although Petitioner did submit Disciplinary Hearing records, none of which address the recommended dismissal of some of his claims for failure to exhaust administrative remedies and dismissal of his claim that the hearing officer denied Petitioner's request for two witnesses to be present at the hearing.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **DISMISSED WITH PREJUDICE**;

**ORDERS** that Petitioner is **DENIED** a certificate of appealability; and

**ORDERS** that all motions not previously ruled on are denied.

So **ORDERED** and **SIGNED** this **30** day of **March, 2009.**

_____
Ron Clark, United States District Judge